## ORDER

In accordance with the mandate of the Supreme Court in *United States v. Robert Paul Gagnon, et al.,* — U.S. ——, 105 S.Ct. 1482, 84 L.Ed.2d 486 (1985), the judgment of convictions of all the defendants is

AFFIRMED.

The mandate shall issue forthwith.

## ORDER

In accordance with the mandate of the Supreme Court in *Heckler v. Turner,* — U.S. ——, 105 S.Ct. 1138, 84 L.Ed.2d 138 (1985), the judgment of the district court is

REVERSED.

The mandate shall issue forthwith.

---

**Sandra TURNER, Debra Scruggs, Jerryle-an Baker, on behalf of themselves and all others similarly situated, Plaintiffs-Appellees,**

**v.**

**Jerold PROD, individually and in his official capacity as the Executive Director of the Department of Social Services of the State of California; et al., Defendants-Appellants,**

**DEPARTMENT OF SOCIAL SERVICES OF the STATE OF CALIFORNIA, Defendant and Third-Party Plaintiff-Appellant,**

**v.**

**Margaret HECKLER, Secretary of Health and Human Services, Third Party Defendant-Appellant.**

**Nos. 82–4552, 82–4566, 82–4567 and 82–4599.**

United States Court of Appeals, Ninth Circuit.

July 2, 1985.

Mark N. Aaronson, Gwenda Jones Kelley, Baltimore, Md., for plaintiffs-appellees.

John J. Klee, Jr., San Francisco, Cal., for defendants-appellants.

Before SKOPIL and FERGUSON, Circuit Judges.

* The panel finds this case appropriate for submission without argument pursuant to 9th Cir.R.

**Dennis J. RYAN, Plaintiff-Appellant,**

**v.**

**Richard M. BILBY, Jon R. Cooper, George Hadad, Joseph Lujan, Donald W. MacPherson, Jeanne K. Mahn, Alfredo C. Marquez, and Raymond T. Terlizzi, Defendants-Appellees.**

**Nos. 84–1813, 84–2608 and 84–2666.**

United States Court of Appeals, Ninth Circuit.

Submitted* June 14, 1985.

Decided July 3, 1985.

3(f) and Fed.R.App.P. 34(a).